AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ELIO SERPA PLLC d/b/a WRA MIAMI, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-cv-20314-RAR |
| WRA REAL ESTATE SOLUTIONS, LLC, THIAGO DE ATAIDE, DEBORA ATAIDE, AND G2B BUSINESS CORP., | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WRA Real Estate Solutions, LLC
Thiago De Ataide, as Registered Agent
7065 Westpointe Blvd
Ste 102
Orlando FL 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Gale, Esq.
Cozen O'Connor
Southeast Financial Center
200 South Biscayne Blvd. Suite 3000
Miami, FL 33131
Jgale@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 01/22/2025

Angela E. Noble
Clerk of Court

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELIO SERPA PLLC d/b/a WRA MIAMI, <br><br> *Plaintiff(s)* <br> v. <br><br> WRA REAL ESTATE SOLUTIONS, LLC, THIAGO DE ATAIDE, DEBORA ATAIDE, AND G2B BUSINESS CORP., <br> *Defendant(s)* | Civil Action No. 25-cv-20314-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thiago De Ataide
7065 Westpointe Blvd
Ste 102
Orlando FL 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Gale, Esq.
Cozen O'Connor
Southeast Financial Center
200 South Biscayne Blvd. Suite 3000
Miami, FL 33131
Jgale@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 01/22/2025

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ELIO SERPA PLLC d/b/a WRA MIAMI, <br><br> *Plaintiff(s)* <br> v. <br> WRA REAL ESTATE SOLUTIONS, LLC, THIAGO DE ATAIDE, DEBORA ATAIDE, AND G2B BUSINESS CORP., <br> *Defendant(s)* | Civil Action No. 25-cv-20314-RAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Debora Ataide
7065 Westpointe Blvd
Ste 102
Orlando FL 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Gale, Esq.
Cozen O'Connor
Southeast Financial Center
200 South Biscayne Blvd. Suite 3000
Miami, FL 33131
Jgale@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  01/22/2025

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

|   |   |   |
|---|---|---|
| ELIO SERPA PLLC d/b/a WRA MIAMI, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 25-cv-20314-RAR |
| WRA REAL ESTATE SOLUTIONS, LLC, THIAGO DE ATAIDE, DEBORA ATAIDE, AND G2B BUSINESS CORP., | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  G2B Business Corp.
Thiago De Ataide, as Registered Agent
7065 Westpointe Blvd
Ste 102
Orlando FL 32835

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James A. Gale, Esq.
Cozen O'Connor
Southeast Financial Center
200 South Biscayne Blvd. Suite 3000
Miami, FL 33131
Jgale@cozen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  01/22/2025

*s/ J. Adams*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court